FILED DEC 10 '25 PM02:34 USDCALS

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA

## PRISONER COMPLAINT [FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

JAMES ISIAH MALON
Name under which you were convicted

335089
Your prison number

vs. WARDEN MCKENZIE CIVIL ACTION NO. 25-cv-471-JB-MU
(To be supplied by Clerk of Court)

MEDICAL DEPARTMENT
Name of Defendant(s)

G. K. FOUNTAIN CORRECTIONAL FACILITY
Place of Confinement and Address
FOUNTAIN 3800 ATMORE AL 36503

INSTRUCTIONS - READ CAREFULLY

A. Complaint Form. You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. Proper Court. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. Separate Case. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. Defendants. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:

Yes ( ) No (X)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:

Yes (X) No ( )

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

1. Parties to this previous lawsuit:

Plaintiffs: JAMES ISIAH MALON

Defendants: SERGEANT GARNER, EYES CARE CORP

2. Court (if federal court, name the district; if state court, name the county): MIDDLE DISTRICT / NORTHERN DIVISION

3. Docket Number: 2:24-CV-00063-WKW-CSC

4. Were you granted the opportunity to proceed without payment of filing fees?
Yes (X) No ( )

5. Name of judge to whom the case was assigned: W. KEITH WATKINS

6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

N/A / PENDING

7. Approximate date of filing lawsuit: AUGUST 25TH 2025

8. Approximate date of ruling by court: N/A

**II. YOUR PRESENT COMPLAINT.**

A. Place or institution where action complained of occurred: G. K. FOUNTAIN CORRECTIONAL

B. Date it occurred: MAY 29TH 2025

C. Is there a prisoner grievance procedure in this institution? YES

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (X) No ( )

E. If your answer is YES:

1. What steps did you take? TALKED TO GRIEVANCE COORDAINTOR MR. RILEY IN HIS OFFICE & WROTE INMATE REQUEST,

2. What was the result? THERE WAS NO RESULT BESIDES MY CIVIL RIGHTS ~~BEING DENIED UNDER 8TH AMENDMENT~~

F. If your answer is NO, explain why not:

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

AS OF MAY 29TH 2025 I JAMES MALON WAS ATTACKED & STABBED COMEING OUT OF THE DINING HALL & I WAS STABBED IN THE MY HEAD 10 TIMES & OFFICER KEMP & 4 OTHER OFFICERS WATCHED THE ATTACK & DIDN'T DO ANYTHING INTILL THEY SEEN ME GET UP FROM THE GROUND & THAT'S WHEN OFFICER KEMP & THE 4 OTHER OFFICER'S STARTED SCREAMING BREAK IT UP. AS OF MARCH 2025 I ARRIVED AT G. K. FOUNTAIN & MY PERSCRIBED BLOOD PRESSURE PILL'S CAME WIT ME FROM DONALDSON FACILITY & I ONLY RECIVED 4 DAYS WHEN I WENT TO THE PILL CALL WINDOW FOR THOSE 4 DAYS I WAS HOUSED HER AT FOUNTAIN. THEN I WAS DENIED MY BLOOD PRESSURE MEDICATION FOR APPROXIMATELY A MONTH UPON ARRIVING AT THIS FACILITY & AFTER MY LOVED ONES MADE PHONE CALLS I STARTED GETTING MED'S AGAIN,

**III. PARTIES.**

A. Plaintiff (Your name/AIS): JAMES ISIAH MACON/335089

Your present address: FOUNTAIN 3800 ATMORE AL 36503

B. Defendant(s):

1. Defendant (full name) BRANDON MCKENZIE is employed as WARDEN at FOUNTAIN CORRECTIONAL

His/her present address is FOUNTAIN 3800 ATMORE AL 36503

(a) Claim against this defendant: HE DID NOT TRY TO HELP ME GET BACK INTO MY DORM AFTER INMATES KICKED ME OUT OF MY ASSIGNED DORM & DID NOT HELP OUT AFTER SPEAKING TO HIM ABOUT. NOT RECIVEING MY MEDS & BEING STABBED.

(b) Supporting facts (Include date/location of incident): STABBING INCIDENT MAY 29TH 2025/ LOCATION MAIN HALLWAY COMEING OUTTA CHOW HALL.

2. Defendant (full name) YES CARE is employed as YES CARE MEDICAL STAFF at FOUNTAIN CORRECTIONAL

His/her present address is FOUNTAIN 3800 ATMORE AL 36503

(a) Claim against this defendant: DIDN'T RECIVE BLOOD PRESSURE PILL'S OVER A MONTH FOR NO REASON WHEN I HADE PILL'S IN MY PILL CARTIAGED.

(b) Supporting facts (Include date/location of incident):

MARCH 2025 / PILL CALL LINE INFIRMAY.

3. Defendant (full name) MURPHY is employed as MENTAL HEALTH DOCTOR at FOUNTAIN CORRECTIONAL

His/her present address is FOUNTAIN 3800 ATMORE AL 36503

(a) Claim against this defendant: EVERY TIMES HE COMES PASS MY CELL HERE IN RHU HE HARRASSES ME ABOUT GOING BACK TO POPULATION WHEN HE KNOW'S I'LL NEVER GO BACK TO POP

(b) Supporting facts (Include date/location of incident): IN THIS PRISON. RHU JUNE 17TH 2025 TILL CURRENT DATE AS OF DEC 5TH 2025.

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

**IV.** A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: THEFT 1ST

2. When were you convicted? SEPT 20TH 2023

3. What is the term of your sentence? 18 YRS

4. When did you start serving this sentence? SEPT 20TH 2023

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( ) No (X)

If so, complete the following:

(a) Date of conviction: N/A

(b) Term of sentence: N/A

6. What is your expected end of sentence (E.O.S.) date? 8-18-2040

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

| | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no(X) | yes( ) no( ) |
| Expunged | yes( ) no(X) | yes( ) no( ) |
| Invalidated | yes( ) no(X) | yes( ) no( ) |

Writ of habeas corpus granted yes( ) no( ) yes( ) no(X)

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: N/A

**V.** State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

MAXiUM FUNDS FOR THESE VIOLATIONS & ~~CAMERA FOOTAGE PULLED OF MY INCIDENT~~ AS OF MAY 29TH 2025 & OFFICER'S QUESTIONED & WARDEN ALSO.

**VI. AFFIRMATION.** By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

12-5-25
Date

[signature]
(Signature of Plaintiff Under Penalty of Perjury)

9677 HWY 21 N
Current Mailing Address

ATMORE AL 36503

Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

I WAS KICKED OUT OF MY ASSIGNED DORM AS OF 6-11-25
& THEN I WAS IN THE MAIN HALLWAY OVER NIGHT INTILL
I WENT TO A CRISIS CELL & I STAYED IN THAT CRISIS CELL
INTILL JUNE 17TH 2025 THEN LT. MING PUT ME IN A RHU
CELL WHERE I CAN PROPERLY USE THE RESTROOM & RECIVE
TISSUE PAPER & SHOWER & HAVE A BED TA SLEEP ON & TO
BE SAFE. AS OF JUNE 12TH 2025 MY GED TEACHER SPOKE
TO THE AREA CAPT. TOLOLIVER ABOUT ME COMEING TO
CLASS WIT MY LAUNDRY BAG WIT MY ALL MY PROPETY
IN IT & MY GED TEACHER STATED ON JUNE 12TH WHEN
I GO BACK INTO THE BULDING SPEAK TO CAPT, TOLOLIVER
ABOUT BEING PUT BACK INTO MY ASSIGNED CELL WHICH
WAS H-DORM, WHEN I SPOKE TO CAPT, TOLOLIVER
ABOUT ME JAMES MACON 335089 BEING KICKED OUT OF
MY ASSIGNED DORM H-DORM CAPT. TOLOLIVER INFORMED
ME TA TELL ANOTHOR INMATE NAMED FAT MACK TA LET
ME COME BACK INTO THE CELL & NUMEROUS OTHER
INMATES TOLD ME THAT I COULD NOT COME BACK
INTO MY ASSIGNED DORM & THAT'S WHEN I WENT TO
THE INFIRMARY & SPOKE TO MENTAL HEALTH COUNSLER
MURPHY & TOLD HIM WHAT HAPPEN & HE DID NOT WANT
TA HELP ME INTILL I TOLD HIM I WANT TA KILL MYSELF
& CUTED MYSELF THEN HE PUT ME IN A CRISIS CELL TILL
A CELL CAME OPEN IN THE RHU AS OF JUNE 17TH 2025.
AS OF MARCH 2025. MEDICAL STAFF, I SPOKE TO THE
GRIEVANCE COORDAINTOR MR. RILEY & SPOKE TO THE
MEDICAL PILL CALL LADY & SHE STATED TO ME FOR A
MONTH STRAIGHT THAT I DON'T HAVE NO PILL'S DOWN
IN THE MEDICAL DEPARTMENT & STOP COMEING TO THE
PILL CALL LINE ABOUT THIS ISSUE, THEN I HADE MY
LOVE ONES CALL THE WARDEN & SPOKE TO WARDEN
PETERS & LOVES CALLED MONTGOMERY DEPARTMENT OF CORRECTIONS,

LIVEING IN A LEVEL 5 MAX GANG CAMP IN THE HALLWAY & CAN NOT USE THE BATHROOM OR RECIVE TOILET PAPER & SOAP IS A MAJOR VIOLATION OF MY 8TH AMENDMENT CIVIL CONSTITUTIONAL RIGHTS OF UNUSAL & CRUEL PUNISHMENT.. AS OF OCTOBER 3RD 2025 I TURNED MY TABLET IN WIT OFFICER ADAMS TA GET CHARGED & THEN SOMEBODY STOLE MY TABLET & I DONE WROTE NUMEROUS REQUEST SLIP'S, GRIEVANCES SPOKE TO CAPT. FOUNTAIN, WARDEN MCKENZIE, OFFICER DAILEY & TABLET RUNNER CC THAT LIVES IN OLD FOLKS HOME K-DORM HERE AT G.K. FOUNTAIN CORRECTIONAL FACILITY & I STILL DON'T HAVE A TABLET AS OF THIS DAY 12-5-2025 & THEY AN'T DO ANYTHING TA HELP ME WIT THIS EITHER. I'M FILEING UNDER PAIN & SUFFERING & VIOLATION OF MY 8TH AMENDMENT CIVIL CONSTITUTIONAL RIGHTS UNUSAL & CRUEL PUNISHMENT & I'M REQUESTING THE MAXIUM FUNDS FOR THIS SUITE.. REQUEST INTAKE ORDER AS OF WHEN I ARRIVED HERE AT G.K. FOUNTAIN IN MARCH 2025 & BODY CHART AS OF MAY 29TH 2025. EVERYTIME MENTAL HEALTH COUNSLER MURPHY WALK'S PASSED MY CELL HERE IN THE RHU HE HARRASSES ME ABOUT AM I READY TA GO BACK DOWN THE HALLWAY WHEN HE KNOW'S I'M NOT GOING BACK TO POPULATION & I COMPLANTED ABOUT THAT TO THE WARDEN & CLASSIFACTION SUPERVISOR MS. DAVIS & HE STILL DOES IT AS OF TILL THIS DAY. SINCERLY: MR. MACON

JAMES ISIAH MACON 335089
FOUNTAIN CORRECTIONAL FACILITY
FOUNTAIN 3800
ATMORE AL 36503

MOBILE AL 366
9 DEC 2025 AM 2 L

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 36502
02 7H
0006229380
$ 000.74⁰
DEC 08 2025

TO:
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
CLERK.
155 ST. JOSEPH STREET
MOBILE, ALABAMA 36602

LEGAL
MAIL